# EXHIBIT A

---------- Forwarded message ----------
From: **AT&T** <ATT@message.att-mail.com>
Date: Sun, Mar 31, 2024, 10:07 AM
Subject: Important update
To: <brian

 View online

# Keeping Your Account Secure

Dear Customer,

We take cybersecurity very seriously and privacy is a fundamental commitment at AT&T.

We have discovered that the AT&T account passcode – that you may have used as an extra layer of protection for your DIRECTV or U-verse account - has been compromised. Therefore, AT&T has proactively reset your passcode.

Our internal teams are working with external cybersecurity experts to analyze the situation. It appears the data is from more than 4 years ago and does not contain personal financial information.

**What information was involved?**
The information varied by customer and account, but may have included full name, email address, mailing address, phone number, social security number, date of birth, AT&T account number and passcode.

**What is AT&T doing?**
AT&T has setup a dedicated website to provide you with more information and updates at www.att.com/accountsafety.
If your sensitive personal information was compromised, you will receive complimentary identity theft and credit monitoring services.

**What can you do?**
We encourage customers to remain vigilant by monitoring account activity and credit reports. You can set up free fraud alerts from nationwide credit bureaus — Equifax, Experian, and TransUnion. You can also request and review your free credit report at any time via Freecreditreport.com.

We are committed to keeping your account secure.

My Account | Help Center | Terms of Use | Contact Us

To ensure the delivery of AT&T emails to your inbox, please add att@message.att-mail.com to your email address book or safe senders list.

Privacy Policy.

© 2024 AT&T Intellectual Property. All rights reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

AT&T, 208 S. Akard St, Dallas, TX 75202

A2820304-30